UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 8:09-CR-177-T-27MAP

ROBERT HENRY ANDERSON
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Defendant's Motions to Proceed on Appeal *In Forma Pauperis* (Dkts. 81, 83) be DENIED. (Dkt. 87). Neither party filed objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 87) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant's Motions to Proceed on Appeal *In Forma Pauperis* (Dkts. 81, 83) are DENIED.

**DONE AND ORDERED** in Tampa, Florida, on this 1st day of February, 2013.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Defendant, *pro se*
Counsel of record